UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ANTHONY MCKINNEY, | Case No. 2:24-cv-00775-CDS-BNW |
|---|---|
| Plaintiff | **ORDER** |
| v. | |
| JEREMY BEAN, et al., | |
| Defendants | |

On April 23, 2024, pro se plaintiff Anthony McKinney, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983. (ECF No. 1-1). But Plaintiff has neither paid the full $405 filing fee for this matter nor filed an application to proceed *in forma pauperis*. (*See* ECF No. 1). The Court grants Plaintiff an extension of time to either pay the full filing fee or apply for *in forma pauperis* status.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

It is therefore ordered that Plaintiff has **until date 60 days from today**, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all three

1  required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a
2  completed financial certificate that is signed both by the inmate and the prison or jail official, and
3  (3) a copy of the inmate's trust fund account statement for the previous six-month period.
4     Plaintiff is cautioned that this action will be subject to dismissal without prejudice if
5  Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to
6  refile the case with the Court, under a new case number, when Plaintiff can file a complete
7  application to proceed *in forma pauperis* or pay the required filing fee.
8     The Clerk of the Court is directed to send Plaintiff Anthony McKinney the approved form
9  application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the
10 complaint (ECF No. 1-1) but not file it at this time.

    DATED THIS 16 day of May 2024.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE